NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVOZYMES A/S AND NOVOZYMES NORTH AMERICA, INC.,**
*Plaintiffs-Appellees,*

v.

**DANISCO A/S, GENENCOR INTERNATIONAL WISCONSIN, INC., DANISCO US INC., AND DANISCO USA INC.,**
*Defendants-Appellants.*

---

2012-1138

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 10-CV-0251, Senior Judge Barbara B. Crabb.

---

## ON MOTION

---

## ORDER

Danisco A/S, Genencor International Wisconsin, Inc., Danisco US Inc., and Danisco USA Inc. move without opposition to dismiss appeal no. 2012-1138.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**MAY 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles E. Lipsey, Esq.
David K. Tellekson, Esq.

s21

Issued As A Mandate: **MAY 2 1 2012**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2012

JAN HORBALY
CLERK